DAVID B. GOLUBCHIK (State Bar No. 185520)
LINDSEY L. SMITH (State Bar No. 265401)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:   (310) 229-1244
Email: DBG@LNBYG.COM; LLS@LNBYG.COM

Attorneys for Chapter 11
Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>TARINA TARANTINO MANAGEMENT, LLC,<br><br>Debtor in Possession. | ) Case No.: 2:22-bk-11910-BR<br>)<br>) Chapter 11 Case<br>)<br>) **DECLARATION OF SERVICE OF ORDER: (1) SETTING DEADLINE FOR FILING CHAPTER 11 DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION; (2) SETTING PRELIMINARY HEARING ON ADEQUACY OF DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION; AND (3) SETTING FORTH MANDATORY CONTENTS OF CHAPTER 11 DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF REORGANIZATION** |

1

1    I declare that I am over the age of 18 and not a party to this action.  I am an employee in

2   the offices of a member of the State Bar of this Court at whose direction the service was made.

3   My business address is 2818 La Cienega Avenue, Los Angeles, CA 90034.

4        I make this declaration regarding service of:

5

6   **ORDER: (1) SETTING DEADLINE FOR FILING CHAPTER 11 DISCLOSURE
STATEMENT AND PLAN OF REORGANIZATION; (2) SETTING
7   PRELIMINARY HEARING ON ADEQUACY OF DISCLOSURE STATEMENT
AND PLAN OF REORGANIZATION; AND (3) SETTING FORTH
8   MANDATORY CONTENTS OF CHAPTER 11 DISCLOSURE STATEMENT
AND CHAPTER 11 PLAN OF REORGANIZATION**

9

10    I have personal knowledge of the facts set forth below and, if called as a witness, I could

11  and would competently testify thereto.

12    On April 6, 2022, I caused the above-referenced documents to be served on those

13  parties as indicated on the attached "Exhibit 1" via First Class Mail.

14    Executed this 6th day of April 2022 at Los Angeles, California.

15    I declare under penalty of perjury under the laws of the United States of America that

16  the foregoing is true and correct.

17

18                              _/s/ Damon Woo_____
                              Damon Woo

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit "1"

Label Matrix for local noticing
0973-2
Case 2:22-bk-11910-BR
Central District of California
Los Angeles
Wed Apr  6 11:45:41 PDT 2022

Tarina Tarantino Management LLC
910 S. Broadway, 7th Floor
Los Angeles, CA 90015-1610

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Alfonso Campos
3185 Deronda Dr.
Los Angeles, CA 90068-1607

Allen Matkins Leck Gamble Mallory &
Natsis LLP
1900 Main St, 5th Floor
Irvine, CA 92614-7321

Argentic Services Company LP
c/o Michael Lubic, K&L Gates
10100 Santa Monica Bl., 8th Flr
Los Angeles, CA 90067-4003

CBRE
P.O. Box 740935 Location Code 2187
Los Angeles, CA 90074-0935

Carlsbad Certified Public Accountan
5741 Palmer Way,  Suite  A
Carlsbad, CA 92010-7248

Continental Elevator Services, Inc.
4209 Verdant St.
Los Angeles, CA 90039-1325

Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812-2952

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

LADWP
P.O. Box 515407
Los Angeles, CA 90051-6707

Law Offices of Sheldon J. Fleming
2030 Main St., Suite 1300
Irvine, CA 92614-7220

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Sheppard Mullin Richter & Hampton L
333 South Hope Street,43rd
Los Angeles, CA 90071-1406

Smith Mandel & Associates, LLP
333 N.Glendoaks Blvd., Suite 201
Burbank, CA 91502-1192

Spectrum
PO Box 60074
City of Industry, CA 91716-0074

Tarina Tarantino-Campos
3185 Deronda Dr.
Los Angeles, CA 90068-1607

U.S. SBA
Office of Disaster Assistance
14925 Kingsport Rd
Fort Worth, TX 76155-2243

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wells Fargo Bank, NA, as Trustee
c/o Michael B. Lubic, K&L Gates
10100 Santa Monica Bl, 8th Flr
Los Angeles, CA 90067-4003

David B Golubchik
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue
Los Angeles, CA 90034-2645

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)WR Heating and Cooling Inc.
PO Box 670
CA 92890

End of Label Matrix
Mailable recipients    21
Bypassed recipients     2
Total                  23

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **DECLARATION OF SERVICE OF: ORDER: (1) SETTING DEADLINE FOR FILING CHAPTER 11 DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION; (2) SETTING PRELIMINARY HEARING ON ADEQUACY OF DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION; AND (3) SETTING FORTH MANDATORY CONTENTS OF CHAPTER 11 DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF REORGANIZATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 6, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David B Golubchik    dbg@lnbyg.com, stephanie@lnbyb.com
- Ron Maroko    ron.maroko@usdoj.gov
- Lindsey L Smith    lls@lnbyg.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2. <u>SERVED BY UNITED STATES MAIL</u>:**
On April 6, 2022 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 6, 2022  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 6, 2022 | Damon Woo | /s/ Damon Woo |
|---|---|---|
| Date | Printed Name | Signature |

1