DAVID B. GOLUBCHIK (SBN 185520)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA  90034
Telephone: (310) 229-1234
Fax: (310) 229-1244
Email: dbg@lnbyg.com, lls@lnbyg.com

Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>TARINA TARANTINO MANAGEMENT, LLC,<br><br>Debtor and Debtor in Possession. | Case No.: 2:22-bk-11910-BR<br><br>Chapter 11 Case<br><br>**DECLARATION OF LINDSEY L. SMITH IN SUPPORT OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING**<br><br>DATE:    To Be Set<br>TIME:    To Be Set<br>PLACE:   Courtroom 1668<br>         255 East Temple Street<br>         Los Angeles, CA 90012 |

1

I, Lindsey L. Smith, hereby declare as follows:

1. I have personal knowledge of the facts set forth herein, and, if called as a witness, could and would testify competently with respect thereto.

2. I am an attorney at Levene, Neale, Bender, Yoo & Golubchik L.L.P., proposed bankruptcy counsel to Tarina Tarantino Management, LLC (the "Debtor"), the debtor and debtor in possession in the above-captioned bankruptcy case. The Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code on April 5, 2022 ("Petition Date"). All capitalized terms not defined herein shall have the same meanings afforded to them as in the Motion of which this declaration is being filed in support.

3. On or about April 12, 2022, I obtained a search of recorded UCC-1 financing statements against the Debtor from the California Secretary of State, which revealed the following active UCC-1 financing statements:

- UCC-1 Financing Statement filed by Cantor Commercial Real Estate Lending LP as Collateral with the California Secretary of State on May 31, 2018 as Document No. 2018 7651388007 affecting the Collateral more particularly therein and the following three assignments thereto:
    - (1) assignment recorded with the California Secretary of State on July 24, 2018 as Document No. 2018 76604801 assigning Cantor Commercial Real Estate Lending LP's interest to CCRE Lon Seller III, LLC;
    - (2) assignment recorded with the California Secretary of State on July 24, 2018 as Document No. 2018 76604844 assigning CCRE Lon Seller III, LLC's interest to Cantor Commercial Real Estate Lending LP;
    - (2) assignment recorded with the California Secretary of State on July 24, 2018 as Document No. 2018 76604896 assigning Cantor Commercial Real Estate Lending LP's interest to Wells Fargo Bank, National Association as

Trustee for the benefit of the Registered Holders of UBS Commercial Mortgage Trust 2018-C11, Commercial Mortgage Pass-Through Certificates, Series 2018-C11.

- UCC-1 Financing Statement filed by the U.S. Small Business Administration with the California Secretary of State on June 30, 2021 as Document No. U210061234322 affecting the Collateral more particularly described therein.

4.  True and correct copies of the above described UCC Financing Statements and related assignments and the UCC search obtained are attached hereto as **Exhibit A.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of April 2022 at Los Angeles, California.

                          */s/ Lindsey L. Smith*
                          LINDSEY L. SMITH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "A"



2020 Hurley Way, Suite 350
Sacramento, CA 95825
clasorders@clasinfo.com || 800.952.5696

## UCC Search Report

| | |
|---|---|
| Indices searched: | UCCs, Federal Tax Liens, State Tax Liens, Judgment Liens |
| Jurisdiction: | California Secretary of State, Uniform Commercial Code Division |
| Index date: | 03/31/2022 |
| Search date: | 04/12/2022 |
| Search type: | Debtor Name Search |
| Debtor name: | |
| Search key entered: | Tarina Tarantino Management, LLC |

### Results

*Based on a search of the indices of the California Secretary of State, Uniform Commercial Code Division, there are no active liens of record other than those set out below. Liens reflected in this report were based on the searcher's individual search parameters, the search key entered, as well asthe searcher's choice of the liens ultimately included or excluded herein.*
**Certification can only be obtained through the California Secretary of State, Uniform Commercial Code Division.**

*For online searches, index dates are calculated using an algorithm that analyzes record counts and filing dates contained in the UCC and Lien data. Due to the implementation of new state filing systems as well as the effects of COVID-19 closures, state data has become more prone to inconsistencies making it difficult to assign index dates accurately. We encourage clients to consider these results as preliminary and to request an official search in addition.*

1. **UCC** *(Active)*  Lapse Date: **05/31/2023**
   Document number: **20187651388007**  Filed: **05/31/2018**

| **Debtor(s)** | **Secured Part(ies)** |
|---|---|
| TARINA TARANTINO MANAGEMENT, LLC<br>910 S. BROADWAY  LOS ANGELES, CA 90015 | CANTOR COMMERCIAL REAL ESTATE LENDING, L.P.<br>110 EAST 59TH STREET, 6TH FL.  NEW YORK, NY 10022 |
| | CANTOR COMMERCIAL REAL ESTATE LENDING, L.P.<br>499 PARK AVENUE  NEW YORK, NY 10022 |
| | CCRE LOAN SELLER III, LLC<br>110 EAST 59TH STREET, 6TH FL.  NEW YORK, NY 10022 |
| | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF UBS COMMERCIAL MORTGAGE TRUST 2018-C11, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018-C11<br>9062 OLD ANNAPOLIS ROAD  COLUMBIA, MD 21045 |

**Amendments**
Assignment
Filing number: **201876604801**  Filing date: **07/24/2018**

Assignment
Filing number: **201876604844**  Filing date: **07/24/2018**

Assignment
Filing number: **201876604896**  Filing date: **07/24/2018**

---

2. **UCC** *(Active)*  Lapse Date: **06/30/2026**
   Document number: **U210061234322**  Filed: **06/30/2021**

| **Debtor(s)** | **Secured Part(ies)** |
|---|---|
| TARINA TARANTINO MANAGEMENT, LLC<br>910 S BROADWAY FL 7  LOS ANGELES, CA 90015 | U.S. SMALL BUSINESS ADMINISTRATION<br>1545 HAWKINS BLVD, SUITE 202  EL PASO, TX 79925 |

*We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect or priority of any matter shown herein; nor, due to our inability to independently verify the accuracy of this data as provided by government and other sources, do we make any guaranty or representation as to its accuracy.*

**Report Parameters**
*The UCC Revised Article 9 Model Administrative Rules (MARS) provide state filing offices with a set of guidelines for producing a legally compliant UCC lien search report. The search tool used to create this search report was designed to satisfy the requirements under MARS while providing the searcher with increased flexibility.*
*Flexible search logic generates a more inclusive search report and addresses the inconsistencies in searches performed within states that did not effectively adopt the MARS guidelines. Further, these specially designed broad-based searching features aid in the location of involuntary liens such as Federal and State Tax Liens and Judgment Liens and liens that may not be located in state databases limited to the MARS guidelines for the reporting of UCCs.*

--------------- End Of Report -----------------

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
910-254-3800

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Paul J. McNamara, Esquire
300 N. Third Street, Suite 320
Wilmington, NC 28401

18-7651388007
05/31/2018 14:51

FILED
CALIFORNIA
SECRETARY OF STATE
SOS

70469500002   UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
**TARINA TARANTINO MANAGEMENT, LLC**

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 910 S. Broadway | Los Angeles | CA | 90015 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
**Cantor Commercial Real Estate Lending, L.P.**

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 499 Park Avenue | New York | NY | 10022 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
All of the Debtor's assets whether now owned or hereafter acquired, and wherever located.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
State of California    2065593-1103

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Nick Barzellone
4052360003

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
McCoy & Orta, P.C.
100 North Broadway
Suite 2600
Oklahoma City, OK 73102
USA

**DOCUMENT NUMBER:** 71808500002
**FILING NUMBER:** 18-76604801
**FILING DATE:** 07/24/2018 06:56

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
18-7651388007

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☒ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes:     AND Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record.
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and Item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|---|
| | CCRE LOAN SELLER III, LLC |  |  |  |
| OR | 7b. INDIVIDUAL'S SURNAME |  |  |  |
| | INDIVIDUAL'S FIRST PERSONAL NAME |  |  |  |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) |  |  | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 110 East 59th Street, 6th Fl. | New York | NY | 10022 | USA |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|---|
| | CANTOR COMMERCIAL REAL ESTATE LENDING, L.P. |  |  |  |
| OR | b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
910 South Broadway Reference No.: 6274.003 FILE WITH CALIFORNIA SOS

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Nick Barzellone
4052360003

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
McCoy & Orta, P.C.
100 North Broadway
Suite 2600
Oklahoma City, OK 73102
USA

**DOCUMENT NUMBER:** 71809160002
**FILING NUMBER:** 18-76604844
**FILING DATE:** 07/24/2018 07:28

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
18-7651388007

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☒ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes:  AND Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record.
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and Item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**7a. ORGANIZATION'S NAME**
CANTOR COMMERCIAL REAL ESTATE LENDING, L.P.

**7b. INDIVIDUAL'S SURNAME**
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 110 East 59th Street, 6th Fl. | New York | NY | 10022 | USA |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

**a. ORGANIZATION'S NAME**
CCRE LOAN SELLER III, LLC

| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

**10. OPTIONAL FILER REFERENCE DATA:**
910 South Broadway Reference No.: 6274.003 FILE WITH CALIFORNIA SOS

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Nick Barzellone
4052360003

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
McCoy & Orta, P.C.
100 North Broadway
Suite 2600
Oklahoma City, OK 73102
USA

**DOCUMENT NUMBER:** 71809930002
**FILING NUMBER:** 18-76604896
**FILING DATE:** 07/24/2018 07:51

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
18-7651388007

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☑ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes: AND Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record.
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and Item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME |
|---|
| |

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**7a. ORGANIZATION'S NAME**
WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF UBS COMMERCIAL MORTGAGE TRUST 2018-C11, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018-C11

**7b. INDIVIDUAL'S SURNAME**
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)
SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9062 Old Annapolis Road | Columbia | MD | 21045 | USA |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

**a. ORGANIZATION'S NAME**
CANTOR COMMERCIAL REAL ESTATE LENDING, L.P.

| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**10. OPTIONAL FILER REFERENCE DATA:**
910 South Broadway Reference No.: 6274.003 FILE WITH CALIFORNIA SOS

**FILING OFFICE COPY**


U210061234322

B0407-7609 06/30/2021 6:10 AM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File #: U210061234322
Date Filed: 6/30/2021

| Submitter Information: | |
|---|---|
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| TARINA TARANTINO MANAGEMENT, LLC | 910 S BROADWAY FL 7 LOS ANGELES, CA 90015 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION | 1545 HAWKINS BLVD, SUITE 202 EL PASO, TX 79925 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code.  The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto. EXEMPT Per California Government Code Section 6103 PLEASE EXPEDITE  815333 7802

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
2136 07047

Page 1 of 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **DECLARATION OF LINDSEY L. SMITH IN SUPPORT OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 18, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David B Golubchik    dbg@lnbyg.com, stephanie@lnbyb.com
- Kenneth Hennesay    khennesay@allenmatkins.com, ncampos@allenmatkins.com
- Marsha A Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Ron Maroko    ron.maroko@usdoj.gov
- Lindsey L Smith    lls@lnbyg.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2.**  **SERVED BY UNITED STATES MAIL**:
On April 18, 2022 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.**  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 18, 2022  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Barry Russell
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 18, 2022 | Damon Woo | /s/ Damon Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1

Tarina Tarantino Management
File No. 9649
Secured, Top 20, OUST

Office of the United States Trustee
Attn: Ron Maroko
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

*Secured Creditor*
Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles CA 90054-0018

*Secured Creditor*
U.S. SBA
Office of Disaster Assistance
14925 Kingsport Rd
Fort Worth TX 76155

*Secured Creditor*
Wells Fargo Bank, NA, as Trustee
c/o Michael B. Lubic of K&L Gates
10100 Santa Monica Bl, 8th Fl
Los Angeles, CA 90067

*Secured Creditor*
Argentic Services Company LP
c/o Michael Lubic of K&L Gates
10100 Santa Monica Bl., 8th Fl.
Los Angeles, CA 90067

*Top 20*
Allen Matkins Leck Gamble Mallory & Natsis LLP
1900 Main St, 5th Floor
Irvine, CA 92614-7321

*Top 20*
Sheppard Mullin Richter & Hampton
333 South Hope Street, 43rd
Los Angeles, CA 90071-1422

*Top 20*
Law Offices of Sheldon J. Fleming
2030 Main St., Suite 1300
Irvine, CA 92614

*Top 20*
CBRE
P.O. Box 740935
Location Code 2187
Los Angeles, CA 90074-0935

*Top 20*
Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812

*Top 20*
Continental Elevator Services, Inc.
4209 Verdant St.
Los Angeles, CA 90039

*Top 20*
Spectrum
PO Box 60074
City of Industry, CA 91716-0074

*Top 20*
Smith Mandel & Associates, LLP
333 N.Glenoaks Blvd, Suite 201
Burbank, CA 91502

*Top 20*
LADWP
P.O. Box 515407
Los Angeles, CA 90051-6707

*Top 20*
Carlsbad Certified Public Accountants
5741 Palmer Way, Suite A
Carlsbad, CA 92010

*Top 20*
WR Heating and Cooling Inc.
PO Box 670
Anaheim, CA 92890

*Top 20*
U.S. SBA Office of Disaster Assistance
14925 Kingsport Rd
Fort Worth, TX 76155