DAVID B. GOLUBCHIK (SBN 185520)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA  90034
Telephone: (310) 229-1234
Fax: (310) 229-1244
Email: dbg@lnbyg.com, lls@lnbyg.com

Proposed Attorneys for Chapter 11 Debtor and Debtor in
Possession

FOR COURT USE ONLY

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re:

TARINA TARANTINO MANAGEMENT, LLC,


Debtor and Debtor in Possession,

Case No.: 2:22-bk-11910-BR

Chapter 11 Case

**NOTICE OF LODGMENT OF ORDER IN
BANKRUPTCY CASE RE:**

EX PARTE APPLICATION AND SETTING A
HEARING ON SHORTENED TIME TO CONSIDER:
1.      DEBTOR'S MOTION FOR ENTRY OF AN
ORDER AUTHORIZING DEBTOR TO USE CASH
COLLATERAL; AND
2.      MOTION FOR ENTRY OF AN ORDER
SETTING THE AMOUNT OF, AND AUTHORIZING
DEBTOR TO PROVIDE, ADEQUATE ASSURANCE
OF FUTURE PAYMENT TO UTILITY COMPANIES
PURSUANT TO 11 U.S.C. § 366

PLEASE TAKE NOTE that the order titled ORDER APPROVING EX PARTE APPLICATION AND SETTING A HEARING ON SHORTENED TIME TO CONSIDER: 1. DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL; AND 2. MOTION FOR ENTRY OF AN ORDER SETTING THE AMOUNT OF, AND AUTHORIZING DEBTOR TO PROVIDE, ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO 11 U.S.C. § 366 was lodged on April 18, 2022 and is attached.  This order relates to the motion which is docket number 23

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                         Page 1                        **F 9021-1.2.BK.NOTICE.LODGMENT**

DAVID B. GOLUBCHIK (SBN 185520)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA  90034
Telephone: (310) 229-1234
Fax: (310) 229-1244
Email: dbg@lnbyg.com, lls@lnbyg.com

Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>   TARINA TARANTINO MANAGEMENT,<br>   LLC,<br><br>                    Debtor and Debtor in Possession, | Case No.: 2:22-bk-11910-BR<br><br>Chapter 11 Case<br><br>**ORDER APPROVING EX PARTE APPLICATION AND SETTING A HEARING ON SHORTENED TIME TO CONSIDER:**<br>**1. DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL; AND**<br>**2. MOTION FOR ENTRY OF AN ORDER SETTING THE AMOUNT OF, AND AUTHORIZING DEBTOR TO PROVIDE, ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO 11 U.S.C. § 366**<br><br><u>Hearing:</u><br>DATE:<br>TIME:<br>PLACE:   Courtroom 1668<br>                 255 East Temple Street<br>                 Los Angeles, CA 90012 |

1

1      The Court, having read and considered the Ex Parte Application ("Ex Parte Application")

2 For A Hearing On Shortened Time To Consider (1) Debtor's Motion For Entry Of An Order

3 Authorizing Debtor To Use Cash Collateral ("Cash Collateral Motion"); and (2) Motion For

4 Entry Of An Order Setting The Amount Of, And Authorizing Debtor To Provide, Adequate

5 Assurance Of Future Payment To Utility Companies Pursuant To 11 U.S.C. § 366 ("Utility

6 Motion" and collectively with Cash Collateral Motions, the "Motions"), filed by Tarina

7 Tarantino Management, LLC, a California limited liability company (the "Debtor"), the debtor

8 and debtor in possession in the above-captioned chapter 11 bankruptcy case, and good cause

9 appearing, hereby **ORDERS:**

10      1.    The Ex Parte Application is approved.

11      2.    The Court shall hold a hearing to consider the Motions on _____, 2022 at

12 __:__ _.m. in the above-captioned Court.

13      3.    Any opposition to the Motions must be filed by _____ and served via NEF

14 and/or overnight mail upon the Office of the United States Trustee and proposed counsel for the

15 Debtor, whose name and address appear in the upper-left hand corner of this Order.

16      4.    Any reply to any opposition filed made be made orally at the hearing on the

17 Motions.

18      5.    The Debtor is required to serve notice of the hearing on the Motions and the

19 deadlines set forth herein by overnight mail by no later than _____, 2022 on the Office of the

20 United States Trustee, the Debtor's secured creditors, the Debtor's top 20 unsecured creditors

21 and the utility companies affected by the Utility Motion.

22      **IT IS SO ORDERED.**

23                    ###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **NOTICE OF LODGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 18, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **David B Golubchik    dbg@lnbyg.com, stephanie@lnbyb.com**
- **Kenneth Hennesay    khennesay@allenmatkins.com, ncampos@allenmatkins.com**
- **Marsha A Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com**
- **Ron Maroko    ron.maroko@usdoj.gov**
- **Lindsey L Smith    lls@lnbyg.com, lls@ecf.inforuptcy.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**

**2. SERVED BY UNITED STATES MAIL**: On **April 18, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 18, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☒ *Service List served by Overnight Mail continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 18, 2022 | Damon Woo | /s/ Damon Woo |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**

Tarina Tarantino Management
File No. 9649
Secured, Top 20, OUST

Office of the United States Trustee
Attn: Ron Maroko
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

*Secured Creditor*
Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles CA 90054-0018

*Secured Creditor*
U.S. SBA
Office of Disaster Assistance
14925 Kingsport Rd
Fort Worth TX 76155

*Secured Creditor*
Wells Fargo Bank, NA, as Trustee
c/o Michael B. Lubic of K&L Gates
10100 Santa Monica Bl, 8th Fl
Los Angeles, CA 90067

*Secured Creditor*
Argentic Services Company LP
c/o Michael Lubic of K&L Gates
10100 Santa Monica Bl., 8th Fl.
Los Angeles, CA 90067

*Top 20*
Allen Matkins Leck Gamble Mallory &
Natsis LLP
1900 Main St, 5th Floor
Irvine, CA 92614-7321

*Top 20*
Sheppard Mullin Richter & Hampton
333 South Hope Street, 43rd
Los Angeles, CA 90071-1422

*Top 20*
Law Offices of Sheldon J. Fleming
2030 Main St., Suite 1300
Irvine, CA 92614

*Top 20*
CBRE
P.O. Box 740935
Location Code 2187
Los Angeles, CA 90074-0935

*Top 20*
Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812

*Top 20*
Continental Elevator Services, Inc.
4209 Verdant St.
Los Angeles, CA 90039

*Top 20*
Spectrum
PO Box 60074
City of Industry, CA 91716-0074

*Top 20*
Smith Mandel & Associates, LLP
333 N.Glenoaks Blvd, Suite 201
Burbank, CA 91502

*Top 20*
LADWP
P.O. Box 515407
Los Angeles, CA 90051-6707

*Top 20*
Carlsbad Certified Public Accountants
5741 Palmer Way, Suite A
Carlsbad, CA 92010

*Top 20*
WR Heating and Cooling Inc.
PO Box 670
Anaheim, CA 92890

*Top 20*
U.S. SBA Office of Disaster Assistance
14925 Kingsport Rd
Fort Worth, TX 76155

Tarina Tarantino Mgmt
Utilities
9649

Nasa Services
P.O Box 1755
Montebello, CA  90640

LA DWP
PO BOX 30808
Los Angeles            CA  90030

Arsen Sarkisian
c/o Nasa Services Inc
1100 S. Maple Ave.
Montebello, CA 90640

Spectrum
PO BOX 60074
City of Industry, CA  90015

City of Los Angeles DWP
111 N. Hope St
Los Angeles, CA  90012

LA DWP –
Bankruptcy Unit
PO Box 51111
Los Angeles, CA  90051

Charter Commnications Inc.
Corporation Service Company
2710 Gateway Oaks Dr Ste 150N
Sacramento, CA  95833